# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

August 20, 2008

**Before**

Hon. MICHAEL S. KANNE, *Circuit Judge*

Hon. DIANE S. SYKES, *Circuit Judge*

Hon. JOHN DANIEL TINDER, *Circuit Judge*

No. 07-4006

| | |
|---|---|
| AMERICAN NEEDLE INC., | Appeal from the United States District |
| *Plaintiff-Appellant*, | Court for the Northern District of |
| | Illinois, Eastern Division. |
| *v.* | |
| | No. 04 C 7806 |
| NATIONAL FOOTBALL LEAGUE, et al., | |
| *Defendants-Appellees*. | James B. Moran, |
| | *Judge*. |

**O R D E R**

The slip opinion issued in the above-entitled cause on August 18, 2008, is amended as follows:

Page 15, first full paragraph, line seven, delete "then" and replace with "than".